USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
INTERESTED LLOYDS UNDERWRITERS, :
:
                Plaintiff, :
: 19-cv-11493 (VEC)
      -against- :
: ORDER
:
DHL GLOBAL FORWARDING, :
:
                Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an initial conference is currently scheduled for April 10, 2020;

    IT IS HEREBY ORDERED that the conference is adjourned to **April 17, 2020, at 11:00 A.M.**, to minimize travel during the next 30 days for reasons of public health. The parties' joint pre-conference submissions are due no later than **April 10, 2020**.

**SO ORDERED.**

Date: **March 13, 2020**
         **New York, New York**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**